UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: November 27, 2019 (Time: 36 minutes)   JUDGE:  Phyllis J. Hamilton

Case No: 19-cv-00083-PJH
Case Name: Huntsman v. Southwest Airlines Co.

Attorney(s) for Plaintiff:      Peter Romer-Friedman; Thomas Jarrad
Attorney(s) for Defendant:      Brian Berry

Deputy Clerk: Kelly Collins          Court Reporter: Pamela Batalo Hebel

PROCEEDINGS

    Defendant's Motion for Judgment on the Pleadings Hearing – DENIED as stated on the record.

Order to be prepared by:   [] Pl [] Def [X] Court

cc: chambers