UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAYSON HUNTSMAN,

    Plaintiff,

    v.

SOUTHWEST AIRLINES CO.,

    Defendant.

Case No. 19-cv-00083-PJH

**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Re: Dkt. No. 52

Southwest Airlines Co.'s motion for judgment on the pleadings came on for hearing before this court on November 27, 2019. Plaintiff appeared through his counsel, Peter Romer-Friedman and Thomas Jarrad. Defendant appeared through its counsel, Brian Berry. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES defendant's motion, for the reasons stated at the hearing.

**IT IS SO ORDERED.**

Dated: November 27, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge