1  DOUGLAS J. FARMER, CA Bar No. 139646
   douglas.farmer@ogletree.com
2  BRIAN D. BERRY, CA Bar No. 229893
   brian.berry@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:  415.442.4810
   Facsimile:  415.442.4870
6
   KRISTIN S. HIGGINS (*Pro Hac Vice*)
7  kristin.higgins@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8  Preston Commons West
   8117 Preston Road, Suite 500
9  Dallas, TX 75225
   Telephone:  (214) 987-3800
10 Facsimile:   (214) 987-3927

11 Attorneys for Defendant
   SOUTHWEST AIRLINES CO.
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | JAYSON HUNTSMAN, on behalf of himself | Case No. 4:19-cv-00083-PJH
   | and all others similarly situated, |
17 | | **[PROPOSED] ORDER RE DEFENDANT**
   | Plaintiffs, | **SOUTHWEST AIRLINES CO.'S REVISED**
18 | | **ADMINISTRATIVE MOTION TO FILE**
   | v. | **UNDER SEAL**
19 |
   | SOUTHWEST AIRLINES CO., |
20 |
   | Defendant. |
21

22

23

24

25

26

27

28

                                                        Case No. 4:19-cv-00083-PJH
   [PROPOSED] ORDER RE SOUTHWEST'S REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Having read Defendant Southwest Airlines Co.'s ("Southwest") Revised Administrative Motion to File under Seal, the supporting Declaration of Brian D. Berry, and [*Plaintiff's declaration, if any*], the Court grants Southwest's request to file the unredacted version of Exhibit C (ECF 84-11) and the unredacted version of the text of the Freed Declaration (ECF 84-5) in the public record.

The Court further orders as follows with respect to the request to seal specific portions of documents:

| Document | Portions Requested to File Under Seal |
|---|---|
| Southwest's Opposition to Plaintiff's Motion for Class Certification | Portions of Southwest's Opposition brief that reference the materials identified below.<br><br>Granted \_\_\_\_\_     Denied: _____ |
| Berry Decl., Ex. A (excerpts from Plaintiff's deposition transcript) | Plaintiff's testimony at page 208:2-25 of his deposition transcript related to his PCARS military service record (located at P00009-15 in Exhibit B).<br><br>Granted \_\_\_\_\_     Denied: _____ |
| Berry Decl., Ex. A (excerpts from Plaintiff's deposition transcript) | Plaintiff's testimony at pages 302:15-303:25 of his deposition transcript related to a photograph of a conference room at Travis Air Force Base with servicemembers sitting at a table (located at P000026 in Exhibit B).<br><br>Granted \_\_\_\_\_     Denied: _____ |
| Berry Decl., Ex. B (various documents from Plaintiff's document production) | Plaintiff's W-2 tax forms (P00003-08).<br>Granted \_\_\_\_\_     Denied: _____ |

| | |
|---|---|
| Berry Decl., Ex. B (Various documents from Plaintiff's document production) | Plaintiff's PCARS military service record (P00009-15).<br><br>Granted _____    Denied: _____ |
| Berry Decl., Ex. B (Various documents from Plaintiff's document production) | A Reserve Order from the Air Force related to Plaintiff (P000016).<br><br>Granted _____    Denied: _____ |
| Berry Decl., Ex. B (Various documents from Plaintiff's document production) | A military service history report for Plaintiff (P000017).<br><br>Granted _____    Denied: _____ |
| Berry Decl., Ex. B (Various documents from Plaintiff's document production) | A photograph of a conference room at Travis Air Force Base with servicemembers sitting at a table (P000026).<br><br>Granted _____    Denied: _____ |
| Freed Decl. Ex. 1 | A document entitled "Active Duty Statuses," which states dates of military service for Plaintiff in 2017 and 2018 (SWA-HUNTSII 009251).<br><br>Granted _____    Denied: _____ |
| Freed Decl. Ex. 2 | A calendar with military service date information for Plaintiff in 2017 and 2018 (SWA-HUNTSII 009254-55).<br><br>Granted _____    Denied: _____ |

IT IS SO ORDERED.

DATED: _____        By:_____
THE HONORABLE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT JUDGE