[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.]

Exhibit B

(A)

Below references March and April statuses not on PCARS.  Our Squadron was out of money and pay statuses were not available and/or were filed later.  This is referenced in my notification and was part of the Continuing Resolution that year.

**Military Duty Details (2)**
**Request Type (2):** New
**Depart Domicile (2):** 04/13/2013 at 0700
**Start Military Duty (2):** 04/13/2013 at 0930
**End Military Duty (2):** 04/13/2013 at 1530
**Return to Domicile (2):** 04/13/2013 at 1800
**Trip Pull Requested (2):** Assigned pairings currently conflict with this MILOA. Pull conflicting parings AS SOON AS THIS NOTIFICATION IS RECEIVED in Crew Scheduling/Planning.
**Comments/Description of MILOA (2):** Air Force medical requirment that is due. This request, along with my next request were not placed earlier because the defense bill was not signed. Thank you!

(B)

Below shows the leave request beginning on the 9th at 1400 Central.  Sorties cancel a large percentage of the time because of maintenance and/or the tanker breaks for air refueling.  My PCARS shows 10-12 and annotates the probable days and times that the sorties launched.

**Military Duty Details**
**Request Type:** New
**Depart Domicile:** 07/09/2013 at 1400
**Start Military Duty:** 07/09/2013 at 1800
**End Military Duty:** 07/11/2013 at 2350
**Return to Domicile:** 07/12/2013 at 0201
**Trip Pull Requested:** Assigned pairings currently conflict with this MILOA. Pull conflicting parings AS SOON AS THIS NOTIFICATION IS RECEIVED in Crew Scheduling/Planning.
**Comments/Description of MILOA:** 2nd attempt to complete annual checkrides for qualification

(C)

Below shows I was on leave for flying.  There is a one-day break on the 10th on PCARS.  As I was on Flying status the day before, my assumption is we did not fly on the 10th and I did not receive pay as you can only get AFTP pay if you are flying that day.  It is obvious I was on a large chunk before and after that day and this is an example why pay statuses are not always reflective of duty performed.

**Military Duty Details**
**Request Type:** New
**Depart Domicile:** 04/01/2015 at 0300
**Start Military Duty:** 04/01/2015 at 0500
**End Military Duty:** 04/19/2015 at 2100
**Return to Domicile:** 04/19/2015 at 2300
**Trip Pull Requested:** Assigned pairings currently conflict with this MILOA. Pull conflicting parings AS SOON AS THIS NOTIFICATION IS RECEIVED in Crew Scheduling/Planning.

(D)

Below shows the 12th was a travel/prep day before leaving the country as an Evaluator for the Western African States in the Netherlands.

**Military Duty Details**
**Request Type:** New
**Depart Domicile:** 06/12/2015 at 0300
**Start Military Duty:** 06/12/2015 at 0500
**End Military Duty:** 06/21/2015 at 1700
**Return to Domicile:** 06/21/2015 at 1900
**Trip Pull Requested:** Assigned pairings currently conflict with this MILOA. Pull conflicting parings AS SOON AS THIS NOTIFICATION IS RECEIVED in Crew Scheduling/Planning.
**Comments/Description of MILOA:** Air Ops planner for Operation Western Accord in the Netherlands.

(E)

Below shows the comm requirement which is a multi-hour brief on classified materials handling and communication.  The class is normally not held in the Squadron.  Either the status was not processed correctly, was not filed because the class was in another location on base, or the class was canceled upon arrival which would prevent a status from being filed.

**Military Duty Details (2)**
**Request Type (2):** New
**Depart Domicile (2):** 08/25/2015 at 0400
**Start Military Duty (2):** 08/25/2015 at 0600
**End Military Duty (2):** 08/25/2015 at 1800
**Return to Domicile (2):** 08/25/2015 at 2000
**Trip Pull Requested (2):** Assigned pairings currently conflict with this MILOA. Pull conflicting parings AS SOON AS THIS NOTIFICATION IS RECEIVED in Crew Scheduling/Planning.
**Comments/Description of MILOA (2):** Yearly comm requirement

(F)

Below shows a simulator group was scheduled on 29-30 Oct 2015 and the return to domicile time for travel was Oct 31st at 0700 Central.  No status would be on PCARS for the 31st.

**Military Duty Details**
**Request Type:**  New
**Depart Domicile:**  10/29/2015 at 0400
**Start Military Duty:**  10/29/2015 at 1200
**End Military Duty:**  10/30/2015 at 1900
**Return to Domicile:**  10/31/2015 at 0700
**Trip Pull Requested:**  Assigned pairings currently conflict with this MILOA. Pull conflicting pairings AS SOON AS THIS NOTIFICATION IS RECEIVED in Crew Scheduling/Planning.
**Comments/Description of MILOA:**  Quarterly Sim Group

(G)

Below shows the request was for a mission in the Pacific.  The day before was for travel/prep/appointments prior to departing.

**Military Duty Details**
**Request Type:**  New
**Depart Domicile:**  03/07/2016 at 0600
**Start Military Duty:**  03/07/2016 at 0800
**End Military Duty:**  03/14/2016 at 1500
**Return to Domicile:**  03/14/2016 at 1700
**Trip Pull Requested:**  Assgned pa r ngs current y conf ct w th th s MILOA. Pu  conf ct ng pa r ngs AS SOON AS THIS NOTIFICATION IS RECEIVED  n Crew Schedu ng/P ann ng.
**Comments/Description of MILOA:**  Short not ce due to requ red appo ntment on Monday fo owed by Pac f c m ss on though the 14th for month y currency and  nstruct on for jun or crew member.

P000020

(H)

Below shows I was at Travis AFB, in my Squadron on August 6, 2016.





(I)

Below shows I was on base on Nov 22, 2016. It is a picture of the UTA schedule on the Squadron wall in the pilot lounge. I use that for planning. It shows the next fiscal year with dates confirming the time frame.

# 349TH AIR MOBILITY WING

MISSION: PROVIDE MISSION-READY, FULLY INTEGRATED, CITIZEN AIRMEN FOR OPERATIONAL CAPABILITY AND SURGE CAPACITY IN RAPID GLOBAL MOBILITY.

VISION: THE AIR FORCE RESERVE'S PREMIER AIR MOBILITY WING: AGILE, INNOVATIVE, RESILIENT AND ALWAYS MISSION READY!

## UTA Schedule for Fiscal Year 2017

| FLIGHT | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1-2 | 5-6 | 3-4 | 7-8 | 11-12 | 4-5 | 1-2 | 13-14 | 3-4 | 22-23 | 12-13 | 9-10 |
| B | 15-16 | 19-20 | 10-11 | | | | | | | | | |
| Alternate | | | | Note 1 | No Alternate | Note 1 | Note 1 | Note 1 | Note 1 | Note 1 | No Alternate | Note 1 |

Note 1: Personnel assigned to squadrons in 349 MXG and 349 MSG will contact their chain of command. Selected elements of selected units may have alternate training dates scheduled.

| Federal Holidays | |
|---|---|
| Columbus Day | Oct 10, 2016 |
| Veterans Day | Nov 11, 2016 |
| Thanksgiving Day | Nov 24, 2016 |
| Christmas Day *(Observed)* | Dec 26, 2016 |
| New Year's Day *(Observed)* | Jan 2, 2017 |
| Birthday of Martin Luther King, Jr. | Jan 16, 2017 |
| President's Day | Feb 20, 2017 |
| Memorial Day | May 29, 2017 |
| Independence Day | Jul 4, 2017 |
| Labor Day | Sep 4, 2017 |

| Other Significant Events | |
|---|---|
| Annual Awards Banquet | Feb 11, 2017 |
| Wing Commander's Call | Jan & Aug UTAs |
| Patriot Wyvern Exercise | Feb & Jul UTAs |
| Travis AFB Airshow | May 6-7, 2017 |
| AFRC UEI | July 20-25, 2017 |
| Wingman Day | Aug UTA |

KOZAK.RAYMON
D.A.1174191553

RAYMOND A. KOZAK, Colonel, USAF
Commander

Updated: 23 Aug 2016

All previous versions are obsolete





(J)

Below shows I was on base on January 7th, 2017. It is a signed urinalysis form proving my location and duty.

DEPARTMENT OF THE AIR FORCE
AIR FORCE RESERVE COMMAND

1/7/2017

MEMORANDUM FOR **MAJ HUNTSMAN, JAYSON K,** [redacted]

FROM: 312 AS/CC

SUBJECT: Notification of Selection to Provide a Urine Specimen – Inspection Testing

1. You have been selected to provide a urine specimen for drug testing purposes. Compliance with AFI 90-507 requires that you:
   a. Report to 60 MDOS, Building 381, 2nd floor, Wing F (on the hill; 424-5266) with this notification letter and Military ID card.
   b. Surrender your military identification (ID) card upon arrival at the testing location and remain at the testing location until you have provided a urine specimen. When your ID card has been returned, you have been given permission to leave.
   c. Remove bulky outer garments (e.g., ABU blouse) to prevent direct observation by the observer from being impeded.
   d. Remove all genital body piercing jewelry.
   e. Wash your hands (with water only) after removal of any genital body piercing jewelry.
   f. No hats, purses, bags, briefcases, or other baggage may be brought into the collection room.
   g. Be observed urinating directly into the bottle, or other receptacle, provided to you for collecting the urine specimen.
   h. Avoid contaminating the specimen. Fill the bottle, or other receptacle provided to you, with a minimum of 30 milliliters of your urine.

2. Failure to comply with these instructions in any way may result in disciplinary action against you under the Uniform Code of Military Justice (UCMJ). You will acknowledge that you have read this notification and understand by signing it below.

TRAVIS ROWLEY, Lt Col, USAF
Commander

1st Ind, MAJ HUNTSMAN, JAYSON K

MEMORANDUM FOR 312 AS/CC

I have read and understand this notification. I further understand that failure to comply with this notification in an
may result in disciplinary action under the UCMJ.

Date / Time Notified: 7/7/17 / 0515

MAJ HUNTSMAN, JAYSON K

Member reported to the drug testing site at ________ hrs, 1/7/2017 and released at ________ hrs.

(K)

Below shows the request for a flight physical.  This has an early report at the hospital and the sign-in sheets are at the Squadron.   A probably explanation is the sheets were not filled out, not processed, or the physical was re-scheduled due to paper-work or other issues.  These are held during hard UTAs and each type of pay is processed differently.

## Military Duty Details
**Request Type:**  New
**Depart Domicile:**  06/02/2017 at 2200
**Start Military Duty:**  06/03/2017 at 0930
**End Military Duty:**  06/03/2017 at 1830
**Return to Domicile:**  06/03/2017 at 2030
**Trip Pull Requested:**  No pa r ng(s) current y conf  ct w th the MILOA. If conf  ct ng pa r ngs are posted, post MILOA  mmed ate y
**Comments/Description of MILOA:**  Annua  M  tary F  ght Phys ca

(L)

Below shows communication with the Technical Sergeant in charge of security.  I worked on my security clearance that day from my personal computer.  This was a months' long process due to my prior clearance being a high-level and technological issues including the next level above the Squadron resetting my complete form twice.



(M)

Below shows the leave submitted was for a 3-day UTA.  The dates are off on PCARS by 1 day.
There are a variety of reasons this can happen.

**Military Duty Details**
**Request Type:**  New
**Depart Domicile:**  02/09/2018 at 0730
**Start Military Duty:**  02/09/2018 at 0930
**End Military Duty:**  02/11/2018 at 1830
**Return to Domicile:**  02/11/2018 at 2030
**Trip Pull Requested:**  Ass gned pa r ngs current y conf  ct w th th s MILOA. Pu   conf  ct ng pa r ngs AS SOON AS
THIS NOTIFICATION IS RECEIVED  n Crew Schedu  ng/P ann ng.
**Comments/Description of MILOA:**  Mandatory 3-day UTA

(N)

Below shows photos of me working remotely on reports on May 4th (a coding issue with new OPR formats) in preparation for the UTA on May 5th which is also shown. The picture was taken to show the communication squadron what my error was to produce correct coding.

[redacted]



(O)

Below shows I was at Travis AFB, in the SARM office, on May 23, 2018 performing duty.





(P)

Below shows I was working on my security clearance.  The picture was taken while communicating with security officials to work through technical issues.





(Q)

Below shows continued remote work on my security clearance after another reset outside of my control.



### Provide date of last contact ❓

Month

Year



☐ Estimated

### Provide your relationship to this person (check all that apply)



**Neighbor**

**Friend**

(R)
Below shows a signed doctor's note providing documentation for Air Force Reserve medical officials on the 31st of August due to an injury. I was capable of flying, but not completing the Physical Fitness Test.

STUART ARNOLD BUSSEY, M.D.
31 PANORAMIC WAY, SUITE 201
WALNUT CREEK, CA 94595-1627
(925) 934-7691
DEA # FB 4213930

NAME Jayson Huntsman DOB
ADDRESS DATE 8/27/18

TAMPER-RESISTANT SECURITY FEATURES LISTED ON BACK OF SCRIPT

℞ Please excuse Jayson from all running & walking tests until Nov 1, 2018 on account of Achilles strain

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over
______ Units

Refill NR 1 2 3 4 5

DO NOT SUBSTITUTE

To ensure brand name dispensing, check and initial box.

001382 7B17FP4041099



