[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.]

# EXHIBIT 1

**From:** Swift, Renee J Maj USAF 459 ARW (USA) <renee.j.swift2.mil@mail.mil>
**Sent:** Thursday, July 30, 2020 9:28 AM
**To:** John Freed <John.Freed@wnco.com>
**Subject:** EXTERNAL - FW: FOUO\\\\FW: [Non-DoD Source] Fwd: Jayson Huntsman

**Caution:** *Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. If suspicious, forward to 'suspicious@wnco.com'.*

Mr. Freed, I pulled the orders for Jayson Huntsman, please see attached listing. Given the discrepancies between the calendar of mil duty dates you provided and the orders listed, I want to contact the unit and get a list of inactive duty statuses performed.
Thank you!
v/r
Maj Swift

**From:** Ching, Colette A Lt Col USAF DODHRA ESGR (USA) <colette.a.ching.mil@mail.mil>
**Sent:** Friday, July 24, 2020 9:32 AM
**To:** Swift, Renee J Maj USAF 459 ARW (USA) <renee.j.swift2.mil@mail.mil>
**Cc:** John Freed <John.Freed@wnco.com>; Ching, Colette A Lt Col USAF DODHRA ESGR (USA) <colette.a.ching.mil@mail.mil>
**Subject:** FW: [Non-DoD Source] Fwd: Jayson Huntsman

Hello Major Swift,

Mr. John Freed of Southwest Airlines is requesting verification of service for Reserve member Jayson Huntsman. He is a member of the 312th Airlift Squadron assigned to the 349 Operations Group at Travis.

I know you said the POC for these requests would be transitioning to a full-time person soon, but can you assist or put Mr. Freed in touch with the new POC?

The dates in question are listed in a graphic in the email thread below. Please let me know if it did not come through.

V/R,
COLETTE "Cha" CHING, Lt Col, USAF
USERRA Plans and Policy
Employer Support of the Guard and Reserve (ESGR)
Defense Personnel and Family Support Center (DPFSC)
4800 Mark Center Drive, Ste. 05E22
Alexandria, VA 22350-1200
Cell: (703) 509-4797
Colette.a.ching.mil@mail.mil
ESGR Website: www.esgr.mil

Customer Service Center: 1-800-336-4590 option 1

**From:** John Freed <John.Freed@wnco.com>
**Sent:** Thursday, July 23, 2020 11:10 AM
**To:** Ching, Colette A Lt Col USAF DODHRA ESGR (USA) <colette.a.ching.mil@mail.mil>
**Subject:** [Non-DoD Source] Fwd: Jayson Huntsman

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Lt. Col. Ching

He's in the 312th Airlift Squadron assigned to 349th Operations Group at Travis Air Force base.

It's an associate unit of the active duty 22d airlift Squadron 60th Air Mobility Wing.

Thanks,

John

Please use the dates below for verification.


Sent from my iPad

Begin forwarded message:

> **From:** John Freed <John.Freed@wnco.com>
> **Date:** July 22, 2020 at 12:55:00 PM CDT
> **To:** "colette.a.ching.mil@mail.mil" <colette.a.ching.mil@mail.mil>
> **Subject: Jayson Huntsman**
>
> \u-257 ?
> Lt Col Ching
>
> I hope you're doing well. We are requesting verification of absence due to uniformed service. His name is Jayson Huntsman, He drill's at Travis Air force base. Please see the attached.
>
> Thanks,
>
> John
>
>
> **Captain John Freed**
> **Manager Flight Operations**
> **Military Affairs and Support**
> **Southwest Airlines**
> John.Freed@wnco.com < Caution-mailto:John.Freed@wnco.com >
> 469-603-4339 Phone
>
> 

| Military Days | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-17 | | | | | | | X | X | | | | | | | | | | | | | | | | | | | | | | | |
| Feb-17 | | | | | | | | | | | | X | X | | | | | | | | | | | | | | | | | | |
| Mar-17 | | X | X | | | | | | | | | | | X | | | | | | | | | | | | | | | | | |
| Apr-17 | X | | | | | | | | | | | | | | | X | | | X | | | | | | | | | | | | |
| May-17 | | | | | | | | | X | X | X | | | | | | | | | X | X | | | | | | | | | | |
| Jun-17 | | X | | | | | | | X | X | | | | | | | | | | | | | | | | | | | | | |
| Jul-17 | | | | X | | | | | X | X | X | | | | | | | | | | | | | | X | X | X | X | X | X | X |
| Aug-17 | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | |
| Sep-17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oct-17 | | | | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | |
| Nov-17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dec-17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jan-18 | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Feb-18 | | | | | | | X | X | X | | | | | | | | | | | | | | | | | | | | | | |
| Mar-18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | |
| Apr-18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May-18 | | | | | | | | | | | | | | X | | | | | X | | | | | | | | | | | | |
| Jun-18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jul-18 | | | | | | | X | X | | | | | | | | | | | | | | | | | | | | | | | |
| Aug-18 | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | X | X |
| Sep-18 | | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | |
| Oct-18 | X | | | | | | | | | | | | | | | | | | | | | X | X | | | | | | | X | |

******* CONFIDENTIALITY NOTICE *******

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. Thank you.



Huntsman, Jayson K – Active Duty Statuses

SWA-HuntsII 009251