[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.]

# EXHIBIT 2



**From:** Swift, Renee J Maj USAF 459 ARW (USA) <renee.j.swift2.mil@mail.mil>
**Sent:** Friday, August 7, 2020 12:32 PM
**To:** John Freed <John.Freed@wnco.com>
**Subject:** EXTERNAL - FW: IDT Mil Duty Verification USERRA

**Caution:** *Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. If suspicious, forward to 'suspicious@wnco.com'.*

Mr. Freed, Here is a another view of the inactive duty statuses. It is a little easier to read.
Maj Swift

---

**From:** GALBRAITH, STACEY J GS-09 USAF AFRC 349 OG/CSS <stacey.galbraith.1@us.af.mil>
**Sent:** Friday, August 7, 2020 11:18 AM
**To:** Swift, Renee J Maj USAF 459 ARW (USA) <renee.j.swift2.mil@mail.mil>
**Subject:** RE: IDT Mil Duty Verification USERRA

Maj Swift,

Attached is a screenshot of both FY17 and FY18 for Maj Jayson Huntsman.  Please let me know if you need anything else.

//SIGNED//
STACEY J. GALBRAITH, GS-09, DAF
Management Support Specialist
349 OG/CSS
511 Waldron St, Bay B
Travis AFB CA 94535
Comm: 707-424-8816 / DSN: 837-8816
stacey.galbraith.1@us.af.mil
349OG.CSS.CommandSection@us.af.mil

---

**From:** Swift, Renee J Maj USAF 459 ARW (USA) <renee.j.swift2.mil@mail.mil>
**Sent:** Monday, August 3, 2020 5:56 AM
**To:** GALBRAITH, STACEY J GS-09 USAF AFRC 349 OG/CSS <stacey.galbraith.1@us.af.mil>
**Subject:** FW: IDT Mil Duty Verification USERRA

Hi Ms. Galbraith,
Can you help me pull the following information out of UTAPS? A screenshot of the calendar year would work or a report for FY17 and FY18.
Southwest Airlines contacted AF/REP for a military duty verification. I need the IDT information (UTA, RMP, AFTP, AGTP, points only) from January 1, 2017 – October 31, 2018 for Jayson Huntsman in the 312 Airlift Squadron.
Thank you!
v/r
Maj Swift

SWA-HuntsII 009252

**From:** BJERK, BENJAMIN J Lt Col USAF AFRC 349 OG/CCE <benjamin.bjerk.2@us.af.mil>
**Sent:** Friday, July 31, 2020 6:27 PM
**To:** Swift, Renee J Maj USAF 459 ARW (USA) <renee.j.swift2.mil@mail.mil>; Galbraith, Stacey J CIV USAF 349 OG (USA) <stacey.galbraith.1@us.af.mil>
**Cc:** Drew, Michael L Lt Col USAF 349 OG (USA) <michael.drew@us.af.mil>
**Subject:** RE: IDT Mil Duty Verification USERRA

Maj Swift, I believe our UPC, Ms. Stacey Galbraith, can help you with this. She is in the To: block and will reply soon.

Thanks,
Lt Col Bjerk

BENJAMIN J BJERK, Lt Col, USAF
349 OG Executive Officer
Travis AFB, California
DSN 837-1636

SWA-HuntsII 009253

Case 4:19-cv-00083-PJH   Document 99-11   Filed 02/17/21   Page 5 of 5