UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON HUNTSMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　Defendant. | Case No. 19-cv-00083-PJH<br><br>**ORDER**<br><br>Re: Dkt. No. 106 |

The court is in receipt of the parties' joint "Stipulation Requesting Clarification of Sealing Order." Dkt. 106. In the stipulation, the parties request "clarification of whether the Court intended to permit the photograph to be filed under seal," referring to the photograph located at Dkt. 99-7 at 24 (Berry Decl. Ex. B at P000026).

The court GRANTS the request to file the photograph located at Dkt. 99-7 at 24 (Berry Decl. Ex. B at P000026) under seal.

**IT IS SO ORDERED.**

Dated: February 24, 2021

　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　United States District Judge