UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON HUNTSMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>   Defendant. | Case No. 19-cv-00083-PJH<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY**<br><br>Re: Dkt. No. 102 |

The court has reviewed the papers filed in support of and in opposition to defendant's motion to stay pending its petition for permission to file an interlocutory appeal of this court's class certification order. Dkt. 102. The matter is fully briefed and suitable for decision without oral argument. Accordingly, the hearing set for March 18, 2021, is VACATED.

The order granting plaintiff's motion for class certification (Dkt. 95) was by no means an easy assessment under Rule 23, and the court is persuaded that defendant has raised serious questions as to the correctness of the order. Accordingly, defendant's request for a stay of all proceedings pending the Ninth Circuit's decision on its Rule 23(f) petition is GRANTED. If the appellate court grants defendant's petition, the stay shall remain in effect pending disposition of the appeal.

If plaintiff is correct in his assessment that the appellate court is not likely to grant the petition, then the stay will be short lived. If, however, the petition is granted, that will suggest that the appellate court agrees that defendant's showing has sufficiently raised serious questions and that an interlocutory appeal should be heard before this case

proceeds.

Given this stay, the case management conference previously scheduled for March 18, 2021, is also VACATED.

**IT IS SO ORDERED.**

Dated: March 9, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge