UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: March 18, 2021  (Time: 15 minutes)      JUDGE:  Phyllis J. Hamilton

Case No: 19-cv-00083-PJH
Case Name:  Huntsman v. Southwest Airlines Co.

Attorney(s) for Plaintiff:       Michael Scimone
Attorney(s) for Defendants:    Brian Berry

Deputy Clerk:  Kelly Collins          Court Reporter: Not Reported

PROCEEDINGS

Further Case Management Conference-Held via Zoom Webinar.  Parties are working on a joint stipulation for class notice which will include an end date for the opt out period.  Parties shall meet and confer and file a stipulation to ADR process within two weeks.  The Court adopts the defendant's schedule.


PRETRIAL SCHEDULE:

Non-Expert Discovery Cutoff: 11/18/2021
Expert Disclosure: Plaintiff: 11/24/2021  Defendant: 12/22/2021
Expert Discovery Cutoff: 1/13/2022
Dispositive Motions heard by: 3/24/2022
Pretrial Conference: 6/30/2022 at 2:00 p.m.
Trial: 7/25/2022 at 8:30 a.m., for 8 days, by [X] Jury [] Court


Order to be prepared by:   [] Pl [] Def [X] Court

Notes:

cc: chambers