

Advocates for Workplace Fairness

August 18, 2021

**Via ECF**
The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

          Re:    *Huntsman v. Southwest Airlines Co.*, Case No. 19 Civ. 0083 (PJH)

Dear Judge Hamilton:

      We represent Plaintiff Jayson Huntsman and the Class in the above-referenced case. Plaintiff requests an extension of case management deadlines pursuant to Local Rule 7-11 and the current Case Management and Pretrial Order, ECF No. 118. Defendant does not oppose these extensions, although it reserves its right to oppose any proposed amendment to the pleadings. A stipulation by the parties is attached to this letter, along with a proposed order.

      Plaintiff requests that the deadline to amend the Complaint be extended by three weeks, from August 20, 2021 to September 10, 2021. In addition, Plaintiff requests that the following discovery deadlines be extended as well:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Last Day to Amend Pleadings: | August 20, 2021 | September 10, 2021 |
| Non-Expert Discovery Cutoff: | November 18, 2021 | December 9, 2021 |
| Disclosure of Plaintiff's Experts: | November 24, 2021 | December 15, 2021 |
| Disclosure of Defendant's Experts: | December 22, 2021 | January 19, 2022 |
| Expert Discovery Cutoff: | January 13, 2022 | February 3, 2022 |

      The current deadline for the hearing on dispositive motions, March 24, 2022, would remain unchanged. The pretrial conference now set for June 30, 2022 may also remain in place.

      Good cause exists for these extensions. Notice of this class action was sent on July 30, 2021 with a deadline to opt out of the class by August 27, 2021. Since receiving notice, class members have been contacting Plaintiff's Counsel, and will likely continue to do so until the end of the opt-out period. The proposed amendment deadline falls two weeks after the notice period closes. This will allow time for membership in the class to be finalized, for class members to obtain advice on their participation in the case, and for Plaintiff's counsel to file a motion or

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  **Tel** (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  **Tel** (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  **Tel** (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com

stipulation to add additional parties. The non-expert discovery cutoff will be extended by three weeks to maintain the deadline to amend pleadings at 90 days before the fact discovery cutoff. *See* ECF No. 118, at 2.

    We thank the Court for its attention to this matter.

Respectfully submitted,

_____
Michael J. Scimone
Class Counsel

cc:    All counsel of record by ECF

Enclosures